# EXHIBIT A

Electronically Filed by Superior Court of California, County of Orange, 10/05/2021 03:01:26 PM.
30-2021-01224800-CU-NP-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.
Case 8:21-cv-01734 Document 1-1 Filed 10/19/21 Page 2 of 8 Page ID #:9

**ONDERLAW, LLC**
Cynthia L. Garber (SBN 208922)
Jessica Grau (SBN 305700)
12 Corporate Plaza Drive, Suite 275
Newport Beach, CA 92660
Tel: (949) 688-1799
Fax: (314) 963-1700
garber@onderlaw.com

*Attorneys for Plaintiff*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF ORANGE – CIVIL DIVISION**

| | |
|---|---|
| HILL'S BOAT SERVICE, INC, <br><br> Plaintiff, <br> v. <br><br> AMPLIFY ENERGY CORP.; BETA OPERATING CO LLC; and DOES 1 through 60 inclusive, <br><br> Defendants. | Case No.: 30-2021-01224800-CU-NP-CJC <br><br> **COMPLAINT FOR DAMAGES** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Assigned for All Purposes <br> Judge Derek W. Hunt |

**I.    INTRODUCTION**

Plaintiff HILL'S BOAT SERVICE, INC. (hereinafter referred to as "Plaintiff"), by and through counsel for causes of action again Defendants AMPLIFY ENERGY CORP (together with their predecessors-in-interest, referred to collectively as the "Amplify Defendants"); BETA OPERATING CO. LLC (together with its predecessors-in-interest, referred to collectively as the "Beta

1
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Defendants"); and Does One through Sixty, on information and belief alleges as follows:

## II. BACKGROUND

1. On or about early October 1, 2021, Orange County was hit with its largest oil spill in three decades when at least 130,000 gallons of crude oil spewed from Defendants' leaking pipeline offshore near Huntington Beach, California.

2. The offshore oil operation, collectively known as the Beta Field, is owned by Defendant AMPLIFY and operated by Defendant BETA.

3. The broken pipeline is connected to an offshore platform named "Elly."

4. Much of Defendants' offshore pipelines are decades old and thereby more susceptible to breach and rupture.

5. Defendant BETA was fined in 2013 and 2014 for violations that led to injury of workers. Defendant was also issued 125 violations found by the federal government. What made this failure different is that it sent thousands of gallons of toxic crude oil flowing into the water and on the beaches, thereby causing catastrophic ecological and economic damages.

6. The affected coastal waters and harbors are the backbone of the local economy, including tourism, fishing, excursions, restaurants and other related businesses.

7. The Plaintiff brings this action to recover significant economic losses it has incurred and will continue to incur directly attributable to Defendants' oil spill

## III. PARTIES

8. Plaintiff hereby incorporates each of the paragraphs of this Complaint as if fully set forth herein.

9. Plaintiff HILL'S BOAT SERVICE, INC. is a California Corporation with its principal place of business in Newport Beach, California.

10. Established in 1947, Plaintiff HILLS'S BOAT SERVICE, INC. is a family

owned and operated business located in Newport Harbor, right next to the famous Balboa Pavilion. As one of the two fuel docks located in Newport Harbor, Plaintiff provides services to the largest recreational harbor in the country and supports a variety of maritime industries such as boatbuilding and commercial fishing. Known by the locals as "Hill's", this establishment provides services including diesel fuel delivery, fuel tank cleaning, and oil changes. Locals and visitors alike know this establishment for their friendly nature, as well as their knowledge and expertise in fuel and boat services.

11. Defendant AMPLIFY ENERGY CORP. is a Delaware corporation with its principal place of business in Houston, Texas. It is one of the largest producers of oil in Southern California. AMPLIFY is an oil company involved in the acquisition, production and development of oil and gas properties in the United States. It's website states that "Amplify Energy Corp. was formed to own, develop and exploit oil and gas properties in the United States." (amplifyenergy.com/company/default.aspx)

12. Defendant BETA OPERATING CO., LLC is a subsidiary of Defendant AMPLIFY with its principal place of business in Long Beach, California. BETA operates oil platforms and offers wellbore, productive handling and processing of oil.

## IV. JURISDICTION AND VENUE

13. Plaintiff hereby incorporates each of the paragraphs of this Complaint as if fully set forth herein.

14. This Court has jurisdiction under the California Constitution, Article VI, Section 10 and *Code of Civil Procedure* § 410.10. Plaintiff's damages exceed the jurisdictional minimum of this Court.

15. Venue is proper in this Court pursuant to *Code of Civil Procedure* §§ 395 and 395.5 because the principal places of business for Defendant BETA is situated in California. Further, Plaintiff's principal place of business is Newport Beach,

California wherein a substantial amount of the Defendants' conduct has and will continue to have substantial adverse effects.

## V.   FACTS

16. Plaintiff hereby incorporates each of the paragraphs of this Complaint as if fully set forth herein.

17. On Friday, October 1, 2021, residents in Newport Beach and Huntington Beach began smelling oil off the coast. Per an NRC report on Friday evening at 6:13 p.m., there was a call reporting an unknown sheen in the water near a vessel 3 NMI offshore in Long Beach. At 1:30 a.m. on Saturday morning, and again at 2:06 a.m., NRC reported phone calls from NOAA's Satellite Analysis Branch, which observed a possible oil anomaly in satellite imagery 4.5 NMI west of Huntington Beach in the Pacific Ocean.

18. On Saturday, October 2, 2021 as crowds gathered in boats and along Newport and Huntington beaches to watch the Pacific Airshow in Huntington Beach, many noted a large, visible oil slick off the coast of Huntington Beach.

19. Plaintiff supplied fuel, snacks, drinks, ice and other supplies to many of the boaters heading out of Newport Harbor to watch the Airshow.

20. The Pacific Airshow was set to occur from October 1, 2021- October 3, 2021 for its fifth annual air show. The Airshow drew about 1.5 million visitors to Huntington Beach on Saturday October 2, 2021.

21. On Saturday morning, Defendant AMPLIFY first notified the U.S. Coast Guard that a spill had occurred after the company observed an oily sheen in the water.

22. By Saturday evening, Newport Beach and Huntington Beach officials said the leak was "major" and would reach the coastline. Beaches were closed.

23. On Saturday evening, Defendant AMPLIFY reported it has shut down the flow of crude oil in the leaking pipeline. Nevertheless, the oil reached the shores of Newport Beach and Huntington Beach.

24. On or about 11:00 p.m. on October 2, 2021 the Coast Guard established a command together with California Department of Fish and Wildlife to respond to the oil spill.

25. On Sunday morning on October 3, 2021, officials canceled the final day of the Pacific Airshow to protect citizens from the potential adverse health effects from the toxic oil crude and facilitate cleanup efforts.

26. The threat to human safety ultimately forced the closure of Orange County beaches, harbors, fishing grounds, shellfish operations and other businesses.

27. Since 1980, BETA Defendants have been cited 125 times in relation to offshore oil and gas industry violations.

28. The oil slick continued migrating south Monday, October 4, 2021, forcing the closure of additional beaches in Orange County, including Crystal Cove and Laguna Beach. On Monday morning, Newport Beach officials announced they were shutting down Newport Harbor *indefinitely* to prevent any contamination from the oil spill over the weekend. Newport Beach was the last city in Orange County to shut down their waterfront. They advised people to avoid the area.

29. Officials anticipate Orange County beaches could be closed for weeks or months. The impacts could be devastating to local businesses still recovering from the effects of the COVID-19 pandemic.

30. Plaintiff has and will continue to suffer pecuniary losses attendant to its loss of customers attributable to the closure of Newport Harbor, local beaches and other harbors, and cancellation of the Airshow on Sunday, October 3, 2021.

31. Defendants acts and omissions have caused present and future damages to Plaintiff.

## VI. CAUSES OF ACTION

### Negligence
### (As to All Defendants)

32. Plaintiff hereby incorporates each of the paragraphs of this Complaint as if fully set forth herein.

33. Defendants, and each of them, owed a duty to Plaintiff to exercise reasonable and ordinary care. That duty arose from, among other things, state and local laws that require Defendant to operate a pipeline in a manner that does not damage public health and safety.

34. Defendants, and each of them, breached that duty to Plaintiff among other things, failing to install reasonable safety equipment and remediations to prevent a spill, and additionally, in failing to promptly report the spill and respond to and contain it.

35. Defendant, in the exercise of reasonable care, should have known that the pipeline connected to "Elly" could rupture or otherwise fail and spill significant amounts of oil.

36. As a direct and proximate result of Defendant's negligence, Plaintiff has sustained damages. Those damages include past and future loss of profits stemming from a diminution of business from local and tourist boating customers resulting from beach and harbor closures. Further revenue losses resulted from a loss of customers based on the cancellation of the Pacific Air Show. The closures have excluded boating customers from Plaintiff's waterfront business. The damages also include pecuniary losses attendant to Plaintiff's services provided to recreational excursion and fishing boats, and other supportive maritime services.

## PRAYER FOR DAMAGES

WHEREFORE, Plaintiff demands judgment against Defendants for:

a. All economic damages, including, without limitation, past and future lost profits and other consequential damages as allowed by law;

b. Costs of suit;

c. Prejudgment interest as allowed by law;

      d.      Post-judgment interest at the highest applicable statutory or common law rate from the date of judgment until satisfaction of judgment; and

      e.      Such other additional and further relief as Plaintiff may be entitled to in law or in equity.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury on all triable issues.

Dated: October 5, 2021

Respectfully submitted,

ONDERLAW, LLC

By: _____

Cynthia L. Garber
Attorneys for Plaintiff