UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Date: December 15, 2021

Case No.:  SA CV 21-01628-DOC (JDEx)
SA CV 21-01658-DOC (JDEx)
SA CV 21-01669-DOC (JDEx)
SA CV 21-01680-DOC (JDEx)
SA CV 21-01684-DOC (JDEx)
SA CV 21-01685-DOC (JDEx)
SA CV 21-01686-DOC (JDEx)
SA CV 21-01694-DOC (JDEx)
SA CV 21-01706-DOC (JDEx)
SA CV 21-01714-DOC (JDEx)
SA CV 21-01722-DOC (JDEx)
SA CV 21-01725-DOC (JDEx)
SA CV 21-01734-DOC (JDEx)
SA CV 21-01738-DOC (JDEx)

Case Title:  Peter Moses Gutierrez, Jr. v Amplify Energy Corporation
Stephen E. Samuelian et al v Amplify Energy Corporation
Banzai Surf Company, LLC v. Amplify Energy Corporation, et al.
Quality Sea Food, Inc. et al. v. Amplify Energy Corporation et al.
Davey's Locker Sportfishing, Inc. et al. v. Amplify Energy Corporation et al.
Ketcham Tackle LLC v. Amplify Energy Corp. et al.
Newport Surfrider, LLC v. Amplify Energy Corporation et al.
Bradley Bitton et al. v. Amplify Energy Corporation et al.
James Whelan et al. v. Amplify Energy Corporation et al.
Beyond Business Incorporated v. Amplify Energy Corporation et al.
N.S.T. v. Amplify Energy Corporation, a Delaware corporation et al.
East Meets West Excursions, et al. v. Amplify Energy Corporation, et al.
Hills Boat Service, Inc. v. Amplify Energy Corp. et al.
Charlie's Gyros, Inc. v. Amplify Energy Corporation et al.

Present: The Honorable:    DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Debbie Gale, Debbie Hino-Spaan |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Date: December 15, 2021

| **Attorneys Present for Plaintiffs:** | **Attorneys Present for Defendants:** |
|---|---|
| Alex R. Straus *(Milberg)* | Christopher W. Keegan |
| Seyed Abbas Kazerounian *(Milberg)* | Daniel T. Donavan |
| Leila Noel *(Coppello)* | |
| Gary Praglin *(Cotchett)* | |
| Hannah Brown *(Cotchett)* | |
| Matthew Maclear *(Aqua)* | |
| Lexi Hazam *(Lieff)* | |
| Alexander Robertson *(Lieff)* | |
| Jeff Westerman *(Westerman Law)* | |
| Frank Bottini *(Bottini)* | |
| David Casey *(Casey, et al.,LLC)* | |
| Stephen Larson *(Larson)* | |
| Steven Bledsoe *(Larson)* | |
| David C. Wright *(McCune)* | |
| Robert O'Brien *(Larson)* | |
| Christopher Keegan *(Kirkland)* | |
| Daniel Donavan *(Kirkland)* | |
| Wylie A. Aitken *(Aitken)* | |
| Gary Praglin *(Cotchett)* | |
| Matthew Clark | |
| No Appearances on behalf of Hills Boat Service, Inc. | |

**PROCEEDINGS:** STATUS CONFERENCE

Case is called.

The Court and counsel confer re Interim co-lead counsel designation.

0:00

**Initials of Preparer**   kdu