JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| HILL'S BOAT SERVICE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMPLIFY ENERGY CORP. ET AL. <br><br> Defendants. | Case No.: SA 21-CV-01734-DOC-JDE <br> Judge: Hon. David O. Carter <br><br><br> **ORDER GRANTING PLAINTIFF HILL'S BOAT SERVICE INC.'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 41 (a) (1)** |

## ORDER

Upon the Court's consideration of Plaintiff HILL'S BOAT SERVICE INC.'s request for voluntary dismissal of this action without prejudice pursuant to FRCP 41(a) (1), and the Court having reviewed Plaintiff's request and proposed Order,

IT IS HEREBY ORDERED that Plaintiff HILL'S BOAT SERVICE INC.'s action against Defendant AMPLIFY ENERGY CORP, et al., be, and hereby is, dismissed without prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: February 9, 2022

THE HONORABLE DAVID O. CARTER